## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK S. FRAZIER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-0756** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA and** | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 24th day of March 2015, upon consideration of Plaintiff's motions pursuant to Federal Rule of Civil Procedure 60(b), [ECF 56, 57, 61], Defendant City of Philadelphia's response in opposition thereto, [ECF 60], and Plaintiff's reply, [ECF 63], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that Plaintiff's motions are **DENIED**.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.